## Commonwealth v. Phillips, Appellant.

Submitted December 11, 1967. *Harry Phillips*, appellant, in propria persona; *Ervin S. Fennell, Jr.*, Assistant District Attorney, and *John K. Reilly, Jr.*, District Attorney, for Commonwealth, appellee.

PER CURIAM: In accordance with *Douglas v. California*, 372 U.S. 353 (1963), and *Commonwealth ex rel. Cunningham v. Maroney*, 421 Pa. 157, 218 A. 2d 811 (1966), the record is remanded to the court below with instructions to appoint counsel and to hold an evidentiary hearing in order to determine whether appellant knowingly and intelligently waived his right to counsel on appeal. If the court finds that the right to counsel on appeal was not waived, appellant shall be permitted to appeal nunc pro tunc and counsel shall be appointed to represent appellant in prosecuting that appeal.

## Commonwealth v. Phillips, Appellant.

Submitted December 11, 1967. *Horace Phillips*, appellant, in propria persona; *Alan J. Davis*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Rector, Appellant.